# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JODY LEE O'HARE,<br><br>    Defendant. | Case No. 2:04-cr-00451-KJD-LRL<br><br>**ORDER** |

    Presently before the Court is the matter of *United States of America vs. Jody Lee O'Hare,* 2:04-cr-451-KJD-LRL.

    On March 12, 2019, this Court held a hearing for Revocation of Supervised Release as to Mr. O'Hare. The Court ordered that Mr. O'Hare reside in the residential re-entry center not to exceed 30 Days with day passes for visitation.

    Accordingly,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant Jody Lee O'Hare reside in a residential re-entry center not to exceed Thirty Days with day passes for visitation. It is further ordered that all previous conditions and terms of supervised release will stay in place.

    DATED this <u>14th</u> day of March, 2019.

                                                      _____<br>
                                                      KENT J. DAWSON<br>
                                                     UNITED STATES DISTRICT JUDGE