Prob12B
D/NV Form
Rev. June 2014

United States District Court
for
the District of Nevada

REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
*Probation Form 49 (Waiver of Hearing) is Attached*
May 22, 2023

Name of Offender: **Jody Lee O'Hare**

Case Number:  **2:04CR00451**

Name of Sentencing Judicial Officer: **Honorable Kent J. Dawson**

Date of Original Sentence: **May 27, 2005**

Original Offense: **Possession of Child Pornography**

Original Sentence: **120 months prison, followed by lifetime term of supervised release**

Date Supervision Commenced: **December 11, 2019**

Name of Assigned Judicial Officer: **Honorable Kent J. Dawson**

PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of 120 days. You must follow the rules and regulations of the center.

CAUSE

On September 11, 2022, the undersigned officer submitted a report on offender under supervision to Your Honor outlining O'Hare's non-compliance with his no pornography and sex offender treatment conditions.  A subsequent forensic review of O'Hare's cellular telephone revealed that O'Hare accessed pornographic websites depicting photographs and videos of adults engaged in sexual situations.  Some of these websites included age questionable images and videos.  Furthermore, O'Hare accessed several websites depicting sexually explicit stories (no images/videos) of incest.  O'Hare also accessed several "hook-up" sites and sent sexually explicit photographs of himself to an adult woman.

RE: Jody Lee O'Hare

Prob12B
D/NV Form
Rev. June 2014

On April 3, 2023, O'Hare submitted to a maintenance polygraph examination. During the exam, O'Hare showed significant reactions to the questions related to possessing/using an unauthorized device and viewing XXX pornography.

On April 24, 2023, the undersigned officer participated in a search of O'Hare's residence because of his failed polygraph examination. During the search, the undersigned officer found a text message in O'Hare's flip phone with a confirmation code for the website Arousr, an adult sex chatting site. O'Hare denied setting up an account for the website. The undersigned officer seized the phone, and it was subsequently sent to the United States Probation Office in the District of Utah for forensic review. Results are pending.

Due to his non-compliance, the undersigned officer respectfully requests a modification to O'Hare's conditions to include 120 days placement at the Residential Reentry Center. O'Hare agrees with this modification as evidenced by his signature on the attached Probation 49 form.

Please contact the undersigned officer at tawni_salem@nvp.uscourts.gov or 702-278-8528 with any questions or concerns.

Respectfully submitted,

Digitally signed by Bryce Stark
Date: 2023.06.05 10:53:34 -07'00'

Tawni Salem
Senior United States Probation Officer

Approved:

Digitally signed by Brian Blevin
Date: 2023.06.02 14:51:16 -07'00'

Brian Blevins
Supervisory United States Probation Officer

RE: Jody Lee O'Hare

Prob12B
D/NV Form
Rev. June 2014

## THE COURT ORDERS

☐ No Action.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above

☐ Other (please include Judicial Officer instructions below):

---

---

---

_____
Signature of Judicial Officer

**06/06/2023**
Date